UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **INSITUFORM TECHNOLOGIES, LLC** | : |
| Plaintiff | : CIVIL ACTION NO. 3:13-2648 |
| v. | : |
| **SECRETARY OF LABOR,** | : (JUDGE MANNION) |
| Defendant | : |

# **O R D E R**

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT** defendant's motion to dismiss, (Doc. No. 17), is **GRANTED**, and plaintiff's motion for a temporary restraining order, (Doc. No. 6), is **DISMISSED**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Date: December 2, 2013

O:\Mannion\shared\MEMORANDA - DJ\2013 MEMORANDA\13-2648-01-order.wpd